UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUMPKIN-PACKAGE CO., LTD.,<br><br>    Plaintiff,<br><br>    v.<br><br>ALIPHCOM, INC.,<br><br>    Defendant. | Case No. 17-cv-03866-PJH<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Re: Dkt. Nos. 34, 51 |

The court has reviewed Magistrate Judge Donna M. Ryu's Report and Recommendation Re: Default Judgment. Having reviewed that report and having received no objection, the court finds the report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, the court GRANTS plaintiff's motion for default judgment on its breach of contract claim.

Within 14 days of this order, plaintiff shall file a two-page letter brief indicating how plaintiff intends to proceed on its remaining three causes of action.

**IT IS SO ORDERED.**

Dated: June 13, 2019

_____
PHYLLIS J. HAMILTON
United States District Judge